UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A.R. HITLER,
aka CARL A. RENOWITZKY,

    Plaintiff,

    v.

UNITED STATES (NATIONS) OF AMERICA,

    Defendant.

Case No. 19-cv-06676-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff has not complied with the Clerk's Notice to file an application to proceed *in forma pauperis* (IFP) or pay the filing fee by the deadline. Accordingly, the action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notice and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen his suit. Any such motion must contain (i) a complete IFP application, or (ii) full payment for the $400.00 filing fee.

The Clerk shall enter judgment in favor of defendant and close the file.

**IT IS SO ORDERED.**

Dated: December 9, 2019



WILLIAM H. ORRICK
United States District Judge